```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Khaled Abdel-Fattah

    v.

James D. Kelly, et al.
                                              Case No. 22-cv-125-JL

## JUDGMENT

Judgment is hereby entered in accordance with the Order of Judge Joseph N. Laplante dated July 28, 2023.

The prevailing party may recover costs consistent with Fed. R. Civ. P. 54(d) and 28 U.S.C. § 1920.

                                                    By the Court:

                                                    Daniel J. Lynch
                                                  Clerk of Court

Date: July 28, 2023

cc:   Khaled Abdel-Fattah, pro se
       James D. Kelly, Esq.
       Linda M. Smith, Esq.
       Edwin F. Landers, Jr., Esq.